**[J-62-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

**CHIEF JUSTICE SAYLOR, JUSTICE WECHT, AND JUDGES COLINS, FRIEDMAN, LEADBETTER, BROBSON, AND STRASSBURGER**

| | | |
|---|---|---|
| JOHN J. DOUGHERTY, | : | No. 6 EAP 2015 |
| | : | |
| Appellant | : | Appeal from the Judgment of the |
| | : | Superior Court entered on 8/14/14 at |
| v. | : | No. 1333 EDA 2012 affirming the order |
| | : | entered on 4/11/12 in the Court of |
| KAREN HELLER, | : | Common Pleas, Civil Division, |
| | : | Philadelphia County at No. 00699 |
| Appellee | : | December Term 2009 |
| | : | |
| | : | ARGUED: May 9, 2016 |

*CONCURRING AND DISSENTING OPINION*

**SENIOR JUDGE FRIEDMAN**                    **DECIDED: June 14, 2016**

I join in parts I, II, and III of the majority opinion. I respectfully dissent from part IV of the majority and join the dissenting opinion of Judge Colins.

I write separately only to emphasize that based on the parties' protracted adversarial history, Appellant's fears are real and not speculative. From the evidence presented, I would conclude that because the harm alleged is more likely than not to occur, Appellant has established good cause, thus warranting the limited protective order requested.